IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC -1 PM 4: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

| | |
|---|---|
| **LAZARO DESPAIGNE BORRERO,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| **HARLEY G. LAPPIN,** | CASE NO: 05-2857 Ml/V |
| Defendant. | |

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, Order Denying Motion for Appointment of Counsel as Moot, and Order Certifying Appeal Not Taken in Good Faith, entered December 1, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Dec. 1, 2005
Date

THOMAS M. GOULD
Clerk of Court

_____
(By)   Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02857 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Lazaro Despaigne Borrero
FCI-MEMPHIS
12973-074
P.O. Box 34550
Memphis, TN 38184--055

Honorable Jon McCalla
US DISTRICT COURT